IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PASSAMAQUODDY TRIBE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. No. 06-cv-02240-JR |
| | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior; ROSS O. SWIMMER, Special Trustee; HENRY PAULSON, Secretary of the Treasury | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearances of Martin J. LaLonde, Laura M.L. Maroldy, and Anthony P. Hoang as counsel of record for Defendants in this case.

    Service of all papers on Mr. LaLonde, Ms. Maroldy, and Mr. Hoang by regular United States mail should be made to the following mailing address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

    All hand or overnight-mail deliveries to Mr. LaLonde, Ms. Maroldy, and Mr. Hoang should be made to the following street address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W., Room 3150
    Washington, D.C.  20004

    Respectfully submitted this 22nd day of February, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General


*/s/ Martin J. LaLonde*
MARTIN J. LALONDE, IL Bar #6218249
Martin.Lalonde@usdoj.gov

*/s/ Laura M.L. Marolody*
LAURA M.L. MAROLDY, MD Bar#24409
Larua.Maroldy@usdoj.gov

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG, FL Bar #798193
Anthony.Hoang@usdoj.gov
United States Department of Justice
Environment and Natural Resources
    Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0247
Tel: (202) 305-0241
Tel: (202) 514-4565
Fax: (202) 353-2120

Attorneys for Defendants

OF COUNSEL:

THOMAS KEARNS
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227