IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PASSAMAQUODDY TRIBE OF MAINE, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary of the Interior; )<br>ROSS O. SWIMMER, Special Trustee; and )<br>HENRY PAULSON, Secretary of Treasury, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-CV-02240-JR |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT AND TO SERVE INITIAL DISCLOSURES AND PROPOSED ORDER

Pursuant to Federal Rule 6(b), Plaintiff, the Passamaquoddy Tribe of Maine ("Passamaquoddy"), moves the Court for an extension of time to submit a Joint Preliminary Status Report through and including May 16, 2007. Passamaquoddy further moves the Court for an extension of time to serve Initial Disclosures through and including May 16, 2007, provided that should Defendants, Dirk Kempthorne, Secretary of the Interior; Ross O. Swimmer, Special Trustee; and Henry Paulson, Secretary of Treasury ("Defendants"), object to serving Initial Disclosures in the Joint Preliminary Status Report, pursuant to Federal Rule 26(a) and Local Rule 26.2(a), Passamaquoddy will not be required to serve Initial Disclosures until the Court rules on Defendants' objection.

In support of its motion, Passamaquoddy shows the Court as follows:

1.     Pursuant to Federal Rule 26(f) and Local Civil Rule 16.3(a), the Parties held a Federal Rule 26(f) conference on April 11, 2007 at Passamaquoddy's counsel's offices.

Pursuant to Federal Rule 26(f) and Local Civil Rule 16.3(d), the Parties are required to submit to the Court a Joint Preliminary Status Report on April 25, 2007.

2.  Pursuant to Federal Rule 26(a)(1) and Local Civil Rule 26.2(a), the Parties are required to serve Initial Disclosures on April 25, 2007. During the Rule 26(f) conference, however, Defendants objected to serving Initial Disclosures.

3.  Passamaquoddy has been working diligently to complete the Joint Preliminary Status Report and Initial Disclosures due on April 25, 2007. Inclement weather, however, prevented Passamaquoddy's counsel from completing a scheduled trip to meet with Passamaquoddy to obtain information necessary to complete these initial filings. Accordingly, Passamaquoddy's counsel requested Defendants' consent in obtaining a 21-day extension from the Court to file the Joint Preliminary Status Report and to serve Initial Disclosures.

4.  With respect to Passamaquoddy's motion for extension of time, Defendants' counsel communicated in writing to Passamaquoddy's counsel that Defendants take the following position which is quoted verbatim:

> Defendants take the position that, pursuant to FRCP 26(a)(1)(E)(i) and LCvR 16.3(b)(1), this case is exempted from the FRCP 26(f) and LCvR 16.3 duty to confer and file a report to the Court and is exempted from the FRCP 26(a)(1) initial disclosure requirement. Nevertheless, to the extent that Plaintiff takes a contrary view and believes that the requirements of FRCP 26(f), 26(a)(1), and LCvR 16.3, apply, Defendants do not oppose Plaintiff's motion for an extension of time herein.

5.  Local Rule 26.2(a) provides that Initial Disclosures "must be made at or within 14 days after the Rule 26(f) conference . . . unless a party objects during the conference that the initial disclosures are not appropriate in the circumstances of the action and states the objection in the Rule 26(f) discovery plan." Accordingly, should

the Defendants state their objection to serving Initial Disclosures in the Joint Preliminary Status Report, Passamaquoddy will be relieved of its obligation to submit Initial Disclosures until the Court Rules on Defendants' objection. *See also* Federal Rule 26(a).

6.     Passamaquoddy's request for an extension of time to file the Joint Preliminary Status Report and to serve Initial Disclosures is not made for purposes of harassment, delay, or any other improper purpose. Additionally, none of the Parties will be prejudiced by the extension of time.

7.     A proposed Order granting the instant motion is attached hereto.

WHEREFORE, Passamaquoddy respectfully requests that its unopposed motion for extension of time be granted.

Respectfully submitted, this 23rd day of April, 2007.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com

Kilpatrick Stockton LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*
Tohono O'odham Nation

US2000 9935944.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT AND TO SERVE INITIAL DISCLOSURES AND PROPOSED ORDER was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

>Laura M.L. Maroldy, Esq.
>Martin J. Lalonde, Esq.
>United States Department of Justice
>Environmental and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663

This 23rd day of April.

>/s/ Keith Harper
>KEITH HARPER
>D.C. Bar No. 451956
>E-mail: kharper@kilpatrickstockton.com
>G. WILLIAM AUSTIN
>D.C. Bar No. 478417
>E-mail: baustin@kilpatrickstockton.com
>
>Kilpatrick Stockton LLP
>607 14th Street, N.W.
>Washington, D.C. 20005
>Phone: (202) 508-5800
>
>*Attorneys for Plaintiff*
>Tohono O'odham Nation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PASSAMAQUODDY TRIBE OF MAINE, )<br>)<br>)<br>        Plaintiff,                          )<br>                                                    )      Civil Action No. 06-CV-02240-JR<br>        v.                                         )<br>                                                    )<br>DIRK KEMPTHORNE, Secretary of the Interior; )<br>ROSS O. SWIMMER, Special Trustee; and      )<br>HENRY PAULSON, Secretary of Treasury,     )<br>                                                    )<br>        Defendants.                         )<br>_____) | |

## PROPOSED ORDER

This matter comes before the Court on the Plaintiff's Unopposed Motion for Extension of Time to File Joint Preliminary Status Report and to Serve Initial Disclosures. After careful consideration and review of the motion, which Defendants do not oppose, the Court finds good cause and hereby GRANTS Plaintiff's Unopposed Motion for Extension of Time to File Joint Preliminary Status Report and to Serve Initial Disclosures. It is hereby ORDERED that:

1.     Plaintiff's time to submit a Joint Preliminary Status Report is extended through and including May 16, 2007.

2.     Plaintiff's time to serve Initial Disclosures is extended through and including May 16, 2007, provided that should Defendants object to serving Initial Disclosures in the Joint Preliminary Status Report, pursuant to Federal Rule 26(a) and Local Rule 26.2(a), Plaintiff will not be required to serve Initial Disclosures until the Court rules on Defendants' objection.

SO ORDERED this \_\_\_\_ day of _____, 2007.

_____
Hon. James Robertson
UNITED STATES DISTRICT JUDGE