**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PASSAMAQUODDY TRIBE OF MAINE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DIRK KEMPTHORNE,** )<br>Secretary of the Interior, et al. )<br>)<br>**Defendants.** )<br>_____) | **Case No. 06-cv-02240-JR**<br>**Judge James Robertson** |

## NOTICE OF APPEARANCE

Please enter the appearance of G. William Austin as counsel in the above captioned action on behalf of the Plaintiff, the Passamaquoddy Tribe of Maine.

Respectfully submitted this 25th day of April 2007,

                                                                    /s/ G. William Austin, III
                                                            G. WILLIAM AUSTIN, III
                                                            Kilpatrick Stockton LLP
                                                            607 14th Street, NW Ste. 900
                                                            Washington, D.C. 20005
                                                            baustin@kilpatrickstockton.com
                                                            Phone: (202) 508-5842
                                                            Fax: (202) 585-0053
                                                            Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2007 I served the foregoing Notice of Appearance upon counsel of records via the Court's Electronic Case Filing service.

Dated: April 25, 2007

          /s/ G. William Austin, III
      G. WILLIAM AUSTIN, III
      Kilpatrick Stockton LLP
      607 14th Street, NW Ste. 900
      Washington, D.C. 20005
      baustin@kilpatrickstockton.com
      Phone: (202) 508-5842
      Fax: (202) 585-0053
      Attorney for Plaintiff