**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PASSAMAQUODDY TRIBE OF MAINE, :
:
      Plaintiff, :
:
  v. : Civil Action No. 06-2240 (JR)
:
DIRK KEMPTHORNE, Secretary of :
the Interior, *et al.*, :
:
      Defendants. :

### ORDER

The government's motion to respond to plaintiffs' status report and file revised status report and proposed case management order [25] is **granted**. Such filing is due 4/30/08.

                        JAMES ROBERTSON
                    United States District Judge